Mary F. Bentley, Administratrix of Estate of Charles E. Line, Sr., Deceased, Appellee, v. Merchants Matrix Cut Syndicate, Inc., Appellant.

Gen. No. 43,155.

opinion filed April 24, 1946; released for publication May 10, 1946. Lucius, Buehler & Lucius, for appellant; Edward B. Lucius and Ralph F. Trenchard, of counsel; Winston, Strawn & Shaw, for appellee; George B. Christensen and Alexander J. Moody, of counsel. Opinion by JUSTICE LEWE. Not to be published in full.